**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Ervin Allen and Andrea Allen,<br><br>Plaintiff,<br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>Defendants. | Case No. 4:26-cv-12506<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that Plaintiffs Ervin Allen and Andrea Allen, and Defendant Trans Union LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release. Plaintiffs expect to file a Notice of Dismissal within 60 days. Defendants Equifax Information Services LLC, and Experian Information Solutions, Inc. still remain, and Plaintiff has not settled the claims with these Defendants.

Dated: August 26, 2026

RESPECTFULLY SUBMITTED,

**Fields Law Firm**

*/s/ Blake R. Bauer*
Blake R. Bauer
MN Bar Number 0396262
Blake@fieldslaw.com
FIELDS LAW FIRM
9999 Wayzata Blvd.
Minnetonka, Minnesota 55305
(612) 383-1868 (telephone)
(612) 370-4256 (fax)